%AO 247 (02/08)  Order Regarding Motion for Sentence Reduction                                                                AOM/jw

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 16 2008

J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MICHAEL GEROME WESTON | ) | Case No: 3:95cr9WS |
| | ) | USM No: 04120-043 |
| Date of Previous Judgment: 04/13/2000 | ) | George Lucas, Federal Public Defender's Office |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __176 months__ months **is reduced to** __135 months *__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

*The defendant's sentence in case number 3:95cr9WS is reduced to TIME SERVED.

Except as provided above, all provisions of the judgment dated __01/10/1996__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __03/17/2008__

_____
Judge's signature

Effective Date: __03/27/2008__
(if different from order date)

Henry T. Wingate, Chief U.S. District Judge
Printed name and title