IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 3:95cr9WS

MICHAEL GEROME WESTON

### ORDER

Comes now this cause on motion of the defendant for Clarification of Previous Orders filed in this case. The Court, after hearing arguments of counsel and reviewing the records in this case, does hereby find:

(1) This cause is properly before the Court and the issue raised by the defendant is a substantial one and requires further briefing by counsel of the defendant; and

(2) That this matter should be held in abeyance and the Bureau of Prisons should take no action concerning the previously entered orders in this case, until this Court issues a final order clarifying its previously entered orders.

The defense is given 14 days to fully brief this issue before a final judgment on the Motion for Clarification will be entered.

A copy of this Order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the ___9th___ day of ___July___, 2008.

_____
CHIEF UNITED STATES DISTRICT JUDGE